**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7713**

———————

JOHN E. ANDERSON, JR.,

                                    Plaintiff - Appellant,

        versus


T. V. WYCHE, Sargeant; G. A. PORTER, Jail
Officer; OFFICER CREEL, Guard/Mail Room;
DARNLEY HODGE, Superintendent, Riverside
Regional Jail Authoritative Committee,

                                    Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-00-2032-AM)

———————

Submitted:  January 17, 2002          Decided:  January 29, 2002

———————

Before WILKINS and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

John E. Anderson, Jr., Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

John E. Anderson, Jr., appeals the district court's order (1) dismissing his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint without prejudice for failure to submit the filing fee and (2) dismissing his motion for reconsideration of its previous order denying his application to proceed in forma pauperis pursuant to 28 U.S.C.A. § 1915(g) (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Anderson v. Wyche, No. CA-00-2032-AM (E.D. Va. Sept. 5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2